UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

01-1038 DSD/JMM

MDL Docket No. 98 MD 1246 (DSD/JMM)

In Re Old Kent Mortgage Company )
Yield Spread Premium Litigation )

**ORDER**

This cause coming to be heard on Defendant Old Kent Mortgage Company's Motion for Partial Lift of Stay, due notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED THAT:**

Defendant Old Kent Mortgage Company's Motion for Partial Lift of Stay is hereby GRANTED. Defendant is granted leave to file a motion to dismiss and a motion to strike the class allegations in the newly-consolidated case of Pedro Francisco v. Old Kent Mortgage Corp.

BY THE COURT:

8/14/01

The Honorable David S. Doty
United States District Court

2094767v1

FILED 8-14-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______