UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MDL Docket No. 1246(DSD/JMM)

IN RE: 01-1038 DSD/JMM

Old Kent Mortgage Company

Yield Spread Premium Litigation

This document relates to
*Francisco v. Old Kent Mortgage, et al.*,
(D.R.I., C.A. No. 1:01-182L), Class Action

**ORDER**

This matter is before the court on plaintiff's agreed motion for extension of time to file response to defendants' motion for judgment and motion to strike. **IT IS HEREBY ORDERED** that the motion is granted.

Dated: October 11, 2001

David S. Doty, Judge
United States District Court

15

FILED 10-11-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500