# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Pedro Franciso

v.

Old Kent Mortgage Corp., et al

Case No. Civil 01-1038 DSD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's agreed motion to strike class allegations is granted. The class allegations are stricken and the case is dismissed with prejudice.

DATE: December 21, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

17